■ DOROTHY R. ROBINSON, Respondent, v SHERIFF OF

County of Cayuga et al., Defendants, and Cayuga County, Appellant. (Appeal No. 1.) [619 NYS2d 1015] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wesley, J. (Appeal from Judgment of Supreme Court, Cayuga County, Wesley, J.—Partial Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.